U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
OCT 3 0 2012
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,

v.                              Criminal No.2:12CR20028-001

TYRIL RAMSEY,
        Defendant.

## PRELIMINARY ORDER OF FORFEITURE

In the forfeiture allegation of the Indictment, the United States seeks forfeiture of specific property of the defendant pursuant to 18 U.S.C. § 2253 as property which was used or intended to be used to commit the offense alleged in Count One of the Indictment.

On October 30, 2012, the defendant, TYRIL RAMSEY, pleaded guilty to Count One of the Indictment and further agreed to the forfeiture of the personal property listed below that was used in the commission of the offense. By virtue of said guilty plea the United States is entitled to possession of said properties pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure.

Accordingly, it is hereby ORDERED, DECREED and ADJUDGED:

1. That based upon the guilty plea of the defendant to Count One of the Indictment, the United States is hereby authorized to seize the personal property described as:

    (a)        **ASUS laptop model #G73SW-1BTY, serial number B6N0ASKRR0F7264**

2. The United States shall publish notice of this order pursuant to 18 U.S.C. § 982 (b)(1) and 21 U.S.C. § 853 (n)(1).

3. That upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to Federal Rules of Criminal Procedure, Rule 32.2(c); 18 U.S.C. § 982 (b)(1); and 21 U.S.C. § 853(n) in which all interests will be addressed.

IT IS SO ORDERED this 30th day of October, 2012.

HONORABLE P. K. HOLMES, III
U.S. DISTRICT JUDGE

APPROVED AS TO FORM:

BRUCE EDDY
Attorney for TYRIL RAMSEY

DUSTIN ROBERTS
AUSA