

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.    Criminal No. 2:12CR20028-001

TYRIL RAMSEY,
    Defendant.

## FINAL ORDER OF FORFEITURE

On October 30, 2012, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed.R.Crim. P. 32.2(b) (Doc. 14). In the Preliminary Order of Forfeiture, the following asset was forfeited to the United States subject to any potential third party interests:

A ASUS laptop model #G73SW-1BTY, Serial No. B6N0ASKRR0F7264.

The United States was required to publish notice of this order pursuant to Fed.R.Crim. P. 32.2(b)(6). On January 4, 2013, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. No third party claims have been filed.

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed.R.Crim.P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on October 30, 2012, shall become final at this time. The personal property described herein is hereby forfeited to the United States to be disposed of according to law.

IT IS SO ORDERED this 6th day of February, 2013.

*P.K. Holmes*
HONORABLE P.K. HOLMES, III
CHIEF UNITED STATES DISTRICT JUDGE