IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                              Case No. 2:12-CR-20028-PKH

TYRIL RAMSEY                                                          DEFENDANT

**ORDER**

At a hearing held on February 6, 2013, this Court sentenced Defendant Tyril Ramsey to a term of imprisonment of thirty-six (36) months. Defendant was ordered to surrender for service of the sentence at the institution designated by the Bureau of Prisons, as notified by the United States Marshal. If not designated within thirty (30) days of February 6, 2013, Defendant was instructed to report to the U.S. Marshals office in Fort Smith, Arkansas, on March 8, 2013. Defendant was designated on February 13, 2013, to report for voluntary surrender on March 15, 2013.

IT IS HEREBY ORDERED that the date upon which Defendant Tyril Ramsey is to self report to begin the sentence imposed is extended until March 15, 2013.

IT IS FURTHER ORDERED that Defendant Tyril Ramsey surrender himself at the Federal Transfer Center in Oklahoma City, Oklahoma, on March 15, 2013.

IT IS SO ORDERED this 14th day of February, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE